EDC 2-835fA (v.10.07)  (Continued)

| In re<br><br>Jerry Harry Kutumian<br><br>Debtor(s). | Bankruptcy Case No.<br><br>13-14675 - B - 7 |
|---|---|
| Charles Adams<br>et al.<br><br>Plaintiff(s),<br><br>v.<br>Jerry Harry Kutumian<br><br>Defendant(s). | Adversary Proceeding No.<br><br>13-01112 - B |

**CERTIFICATION OF SERVICE OF REISSUED SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on __12/5/13__, by:

__X__ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:

   Jerry Harry Kutumian, 470 W Bluff Ave., Fresno, CA 93711
   Hagop T. Bedoyan, Esq., 5260 N. Palm Avenue, Suite 201, Fresno, CA 93704

____ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

____ RESIDENCE SERVICE: By leaving the process with the following adult at:

____ PUBLICATION: The defendant was served as follows [describe briefly]:

____ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:

Under penalty of perjury, I declare that the foregoing is true and correct.

__12/11/13__                        *Patrick Todd*
Date                                   Signature

Print Name: __Patrick Todd__
Business Address: __12230 El Camino Real, Suite 210__
City, State, Zip: __San Diego, California 92130__

EDC 2-835fA (v.10.07)  (Continued)

| | |
|---|---|
| In re<br><br>Jerry Harry Kutumian<br><br>                                                            Debtor(s). | **Bankruptcy Case No.**<br><br>13-14675 - B - 7 |
| Charles Adams<br>Carol A. Adams<br>Apolonio Camacho<br>Martin Camacho<br>Marcelino Cervantes<br>Octaviano Chagolla<br>Julissa Morales Chagolla<br>Guadelupe Costilla<br>Jacob Del Bosque<br>Lisa Deaver Johnson<br>Mariano Hernandez Gaitan<br>Trinidad Justina Rosas<br>Lolita D. Go<br>Edmund Hernandez<br>Rosie Hernandez<br>Juan Hernandez<br>Guadelupe Maria Hernandez<br>Raul Lopez<br>Carolina Lopez<br>Fernando Martinez<br>Maria Martinez<br>Alejandro Mendoza<br>Catalina Mendoza<br>Fernanda Mendoza<br>Amparo Mendoza<br>Jose Miramontes<br>Constancio Ochoa<br>Airean Raguindin<br>Alexandra G. Raguindin<br>Jose Aguirre Rios<br>Tony Rodriguez<br>Victoria Rodriguez<br>John Andrade<br>Mariana Rosas-Andrade<br>Margarito Sanchez<br>Tanya Sanchez<br>Antonio Vega Santillan<br>Sara Elena Santoyo<br>Luis F. Serna<br>Eric Wheeler<br>Edna Wheeler<br><br>                                                            Plaintiff(s),<br><br>v. | **Adversary Proceeding No.**<br><br>13-01112 - B |

| Jerry Harry Kutumian | |
| | |
| Defendant(s). | |