```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                          Case No. 13-14675-B
Jerry Harry Kutumian                                            Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-1          User: jdas              Page 1 of 1           Date Rcvd: Dec 04, 2013
                              Form ID: pdf021         Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2013.
```
db           +Jerry Harry Kutumian,    470 West Bluff Avenue,    Fresno, CA 93711-6928
aty          +Hagop T. Bedoyan,    5260 N Palm Ave #201,    Fresno, CA 93704-2217
aty          +Mitchell S. Golub,    12230 El Camino Real #210,    San Diego, CA 92130-2090
tr           +Trudi Manfredo,    575 E Alluvial #103A,    Fresno, CA 93720-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2013 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Jerry Harry Kutumian | **Case No :** | 13-14675 - B - 7 |
| | | **Date :** | 12/4/13 |
| | | **Time :** | 10:00 |
| **Matter :** | [34] - Opposition/Objection Filed by Creditors CAROL A. ADAMS, CHARLES ADAMS et al. Re: Chapter 7 Trustee's Report of No Distribution (jdas) | | |
| **Judge :** | W. Richard Lee | | |
| **Courtroom Deputy :** | Jennifer Dauer | | |
| **Reporter :** | Wood and Randall | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
  Creditor's Attorney - George Gonzalez
**Respondent(s) :**
  Trustee - Trudi Manfredo

## CIVIL MINUTE ORDER

IT IS ORDERED that the objection by Carol and Charles Adams to chapter 7 trustee's report of no distribution is overruled for the reasons stated on the record.

Dated: Dec 04, 2013

_____
W. Richard Lee
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Hagop Bedoyan
5260 N Palm Ave #201
Fresno, CA 93704


Mitchell Golub
12230 El Camino Real #210
San Diego, CA 92130


Jerry Kutumian
470 West Bluff Avenue
Fresno, CA 93711


Trudi Manfredo
575 E Alluvial #103A
Fresno, CA 93720